# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 25, 2025 3:29 PM
Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| United States of America <br> v. <br> Navor SALAS-CRUZ <br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Mag. No. 25-00146 WRP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Janurary 27, 2025 - present** in the county of **Kauai** in the **_____** District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Reentry of a Removed Ailen |

This criminal complaint is based on these facts:

See attached AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Edward Byrne, HSI Special Agent
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A)

Date: 02/25/2025

City and state: Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Edward Byrne, being duly telephonically sworn, deposes and states as follows:

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Resident Agent in Charge ("RAC") Outer Islands Office which is responsible for investigating a broad scope of violations of Federal law, which include, but are not limited to vulnerabilities in the nation's border, infrastructure, and economic and transportation systems. In the course of my duties, I have investigated, apprehended, and prepared for prosecution cases against persons who have illegally entered the United States which are criminal violations set forth in the Immigration and Nationality Act.

3. The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number Axxxxxx860. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation. The information set forth herein is to establish that probable cause exists to arrest Navor SALAS-CRUZ for violation of Title 8, United States Code, Section 1326(a) and (b)(1).

4. SALAS CRUZ came to the attention of ICE/HSI after receiving an investigative referral from United States Citizenship and Immigration Services (USCIS) and may be on the Island of Kauai. SALAS-CRUZ is a Mexican citizen/national who has been removed from the United States (US) on multiple occasions.

### Voluntary Return and Removal History

5. On June 19, 1996, SALAS-CRUZ was granted Voluntary Departure (VD), but failed to depart and was removed on January 16, 1997.

6. On January 19 and 24, 1997, SALAS-CRUZ was apprehended while attempting to enter the United States without inspection near San Ysidro, California, and was voluntarily returned to Mexico on both occasions.

7. On January 31, 2002, SALAS-CRUZ was granted voluntary departure, but failed to depart and was removed on October 18, 2003.

8. On October 21, 2003, SALAS-CRUZ was apprehended while attempting to enter the United States without inspection near Andrade, California, and was voluntarily returned to Mexico.

9. On October 28, 2003, SALAS-CRUZ was processed for expedited removal and removed on October 29, 2003.

10. On November 2, 2003, SALAS-CRUZ reentered the United States. On May 14, 2004, he was removed based on the October 29, 2003 order.

11. In November of 2004, SALAS-CRUZ reentered the United States. On July 20, 2006, he was removed based on the reinstatement of the May 14, 2004 order.

12. In May of 2007, SALAS-CRUZ reentered the United States. On July 10, 2008, he was removed based on the reinstatement of the July 20, 2006 order.

13. On March 21, 2020, SALAS-CRUZ was removed from the United States to Mexico at Del Rio, Texas after serving his sentence for a criminal conviction in 2018 (see infra paragraph 16). An Immigration Enforcement Agent verified his removal. Form I-205, Warrant of Deportation, documenting this removal contained his right index fingerprint and photograph.

## Criminal History

14. On March 6, 2006, SALAS-CRUZ indicted by a Federal Grand Jury in the U.S. District Court, District of Hawaii pursuant to 8 U.S.C. § 1326 for one count of illegal reentry into the United States. On July 6, 2006, he was convicted and sentenced to time served.

15. On July 18, 2007, SALAS-CRUZ indicted by a Federal Grand Jury in the U.S. District Court, District of Hawaii pursuant to 8 U.S.C. § 1326 for one count of illegal entry into the United States. On January 7, 2008, he was convicted and sentenced to nine months imprisonment.

2

16.    On April 6, 2018, SALAS-CRUZ charged by Information in the U.S. District Court, District of Hawaii pursuant to 8 U.S.C. § 1326(a) and 18 U.S.C § 922(g)(1) for one count of reentry of removed alien and one count of felon in possession of firearms and ammunition. On August 20, 2018, he was convicted and sentenced to 30 months imprisonment.

## 2023 USCIS Application

17.    On February 6, 2023, SALAS-CRUZ filed a Form I-131 (Application for Travel Document/ Military Parole in Place) to USCIS. USCIS sent a RFE (Request for Evidence) to SALAS-CRUZ regarding his entry into the US and status, along with a completed G-325 Form (Biographical information). SALAS-CRUZ submitted a G-325 listing his current address and employment as a fabricator in Lihue, HI.

## Presence in the United States

18.    On or about January 27, 2025, a Kauai Police Department (KPD) officer observed SALAS-CRUZ at a business establishment in Lihue, Hawaii and recognized SALAS-CRUZ from previous law enforcement contacts. On February 7, 2025, the same officer observed SALAS-CRUZ driving in Lihue, Hawaii. On February 24, 2025, the officer was shown a photograph of SALAS-CRUZ from the I-205 and confirmed him to be the same person she observed.

## Alien Registration File

19.    On February 10, 2025, a review of a series of documents from SALAS-CRUZ' Alien Registration File ("A File") under Alien Registration File Number Axxxxxx860 was conducted. Within the A-file of SALAS-CRUZ, there is an executed I-205, Warrant of Removal/Deportation to Reinstate Prior Order documents. These documents establish SALAS-CRUZ was deported from the United States to Mexico on March 21, 2020, at Del Rio, Texas.

20.    On February 10, 2025, a search in a United States Citizenship and Immigration Services law enforcement database was conducted and revealed no evidence that SALAS-CRUZ was granted permission by the Attorney General of the United States or his successor, the Secretary for Homeland Security for re-

3

application for admission into the United States after his most recent removal on March 21, 2020.

## Conclusion

21.  Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, NAVOR SALAS-CRUZ, for violating Title 8, United States Code, Section 1326(a) and (b)(1).

FURTHER AFFIANT SAYETH NAUGHT.

Edward Byrne
Special Agent
Homeland Security Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at **10:38 a**.m. on February 25, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 25th day of February 2025.



Wes Reber Porter
United States Magistrate Judge

4